IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KRISTY ESTRADA, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:09-cv-101 |
| vs. | § | |
| | § | |
| FINANCIAL RECOVERY | § | |
| SERVICES, INC., | § | |
| Defendant | § | |

## PLAINTIFFS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Kristy Estrada, a resident of Dallas County, Texas, who files this Motion to Dismiss the complaint against Defendant Financial Recovery Services, Inc.

### I.

This case has been settled amicably by the parties.

### II.

For these reasons, Plaintiff asks the court to dismiss its suit with prejudice.

        Respectfully submitted,
        Weisberg & Meyers, L.L.C.

    By: __/s/ Susan Landgraf_____

        Susan Landgraf
        Texas State Bar # 00784702
        4510 Bull Creek Road
        Austin, TX 78731
        Phone: (512) 436-0036 ext. 116
        Facsimile: (866) 317-2674
        slandgraf@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I certify that on April 27, 2009, I filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division by using the electronic filing system of the court.

                        ___/s/ Susan Landgraf____
                        SUSAN A. LANDGRAF